IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENGAL CONVERTING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANDMARK AMERICAN INSURANCE CO., et al., <br><br> Defendant. | CIVIL ACTION <br> NO. 2:24-cv-3332 |

# ORDER

**AND NOW**, this 5th day of March 2025, upon consideration of Defendant Landmark American Insurance Company's ("Landmark") Motion to Dismiss (Doc. No. 7), Plaintiff's Response in Opposition (Doc. No. 8), the arguments of counsel for the parties at the hearing held on the record on February 24, 2025, and in accordance with the Opinion of the Court filed this day, it is **ORDERED** that Landmark's Motion to Dismiss (Doc. No. 7) is **GRANTED** in part and **DENIED** in part as follows:

1. Landmark's Motion to Dismiss Counts IV and V is **GRANTED**.

2. Landmark's Motion to Dismiss Count I is **DENIED**.

It is further **ORDERED** that Landmark shall file an Answer to the claims remaining in the Complaint by March 19, 2025.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.